**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Samuel Gallegos v. The State of Texas

Appellate case number:    01-16-00885-CR; 01-16-00886-CR

Trial court case number:  1452140; 1452142

Trial court:                184th District Court of Harris County

        The clerk's records in these causes were marked "Confidential Clerk's Record," although there is no trial court order requiring the sealing of the record. Nevertheless, the clerk's records were filed in this court by the trial court clerk as "sealed" records. Appellant has filed a motion to "order the trial court to make available all sealed records for inspection" by appellant's counsel.

        There is no apparent reason why appellant's counsel should be denied access to the clerk's record. If the State contends that appellant's counsel should not have access to the record, or if the State contends that some other procedure should be followed, it is ordered to file a response in opposition to appellant's motion no later than March 3, 2017. If no response in opposition is filed by March 3, the clerk of this court is ordered to make the clerk's records in these appeals available to all counsel of record effective March 6, 2017, and the deadlines for the filing of appellant's brief shall run from that date. TEX. R. APP. P. 2; *cf.* TEX. R. APP. P. 38.6(a)(1).

        All counsel are admonished to follow Appellate Rule 9.10 with regard to privacy protection for documents they may file.

        It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 24, 2017